```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 15-15595-mdc
Emily Ortiz-Ortiz                                           Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi               Page 1 of 2                  Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
```
db             +Emily Ortiz-Ortiz,   618 E. Wyoming Avenue,   Philadelphia, PA 19120-4628
13659161        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA 90051-5478
13575655       #+Debt Recovery Solution,   900 Merchants Concourse,   Westbury, NY 11590-5142
13575657       +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13575659       +PGW,   1800 North 9th Street,   Philadelphia, PA 19122-2021
13641159       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,   PHFA Loan Servicing Division,
                211 North Front Street,   Harrisburg, Pennsylvania 17101-1466
13638366       +U.S. Bank N.A.,   c/o Andrew F. Gornall, Esq.,   KML Law Group P.C.,
                701 Market St., Ste. 5000,   Phila., PA 19106-1541
13839197       +U.S. Bank NA,   c/o Thomas Puleo, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13575660       +United Rev,   Po Box 1184,   Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:06     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:11
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13667606        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:06     City of Philadelphia,
                Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13575654       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 17 2020 05:01:21     Credit Coll,
                Po Box 9134,   Needham, MA 02494-9134
13575658       +E-mail/Text: blegal@phfa.org Apr 17 2020 05:00:18     Pa Housing Finance Age,   211 N Front St,
                Harrisburg, PA 17101-1406
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13575656*      +Debt Recovery Solution,   900 Merchants Concourse,   Westbury, NY 11590-5142
13609800      ##+Porania LLC,   P. O. Box 11405,   Memphis, TN 38111-0405
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Emily  Ortiz-Ortiz dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
```

```
District/off: 0313-2          User: Randi                  Page 2 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
         THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Emily Ortiz−Ortiz
      Debtor(s)                         Bankruptcy No: 15−15595−mdc
                                                Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


                                                                    For The Court
                                                                   Timothy B. McGrath
                                                                   Clerk of Court

Dated: 4/16/20

                                                                                                        39 − 38
                                                                                                      Form 138_new