```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                    :      CHAPTER 13
                              :
    Emily Ortiz-Ortiz         :      No. 15-15595-MDC
     Debtor                   :
```

### ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor requests the Movant to provide complete accounting starting from the debtor's Petition filing date and the debtor will supply her full accounting reflecting the same. The debtor requests the chance to catch up any payments that may have been missed after the accounting has been reviewed.

7. Debtor opposes the same.

8. Denied. Debtor does not agree with this estimate and requests the chance to provide her full accounting from the Petition filing date.

9. Denied.

10. No objection.

11. No response required.

                                          /s/ David M. Offen
                                          David M. Offen
                                          Attorney for Debtor(s)

Dated: 5/13/20

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Rebecca Solarz on behalf of U.S. Bank National Association
<u>Bkgroup@kmllawgroup.com</u>

|  |  |
|---|---|
|  | <u>/s/ David M. Offen</u> |
|  | David M. Offen |
| Dated: 5/13/20 | Attorney for Debtor |