IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Emily Ortiz-Ortiz<br>　Debtor | : | No.  15-15595-MDC |

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Response to Motion for Relief filed on May 13, 2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  June 1, 2020