IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                          :    CHAPTER 13
                               :
Emily Ortiz-Ortiz              :    No.15-15595-MDC
    Debtor                     :

O R D E R

AND NOW, this  15th  day of  July , 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Emily Ortiz-Ortiz

PAYROLL CONTROLLER
Panamerican Mental Health Services
4519 North 5th Street
Philadelphia, PA 19140