```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                               Case No. 15-15595-mdc
Emily Ortiz-Ortiz                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 15, 2020
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
```
db             +Emily Ortiz-Ortiz,    618 E. Wyoming Avenue,    Philadelphia, PA 19120-4628
               +Panamerican Mental Health Srvs,    Payroll Controller,    4519 North 5th St.,
                 Phila., PA 19140-2309
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Emily  Ortiz-Ortiz dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                      :     CHAPTER 13
                           :
Emily Ortiz-Ortiz          :     No.15-15595-MDC
   Debtor                  :

O R D E R

AND NOW, this 15th day of July, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE


cc:

William C. Miller, Trustee

David M. Offen, Esquire

Emily Ortiz-Ortiz

PAYROLL CONTROLLER
Panamerican Mental Health Services
4519 North 5th Street
Philadelphia, PA 19140